UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE M. BARRY individually
and on behalf of all others similarly
situated,                                               Case No. 20-12378

                 Plaintiff,                              Paul D. Borman
                                                       United States District Judge
v.

ALLY FINANCIAL, INC.,

                 Defendant,
_____/

## JUDGMENT

In accordance with the Opinion and Order issued this same day, it is

**ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH**

**PREJUDICE.**

IT IS SO ORDERED.

                                        s/Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge

Dated: July 13, 2021